Michael P. Akana, CSB # 80882
Law Offices of Michael P.Akana
225 W.Winton Ave, Suite 111
Hayward CA 94544
Telephone: (510)782-1100
Facsimile: (510)782-1103
Electronic-Mail: mikemikeakana@gmail.com

IN THE BANKRUPTCY COURT OF CALIFORNIA

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

In Re: LAKHNINDER SINGH
      Plaintiff(s)
  v
HOME SAVINGS OF AMERICA, et al
      Defendant(s)

Case No.: C-11-101

REQUEST TO CONTINUE
C.M.C. ; ORDER

Date: July 29, 2011
Time: 9.a.m.

COMES NOW, LAKHNINDER SINGH, "plaintiff" and requests the above CMC to be continued to 9/30/2011 at 9.a.m facilitate service on the Defendants.

Dated: July 12, 2011

                                        /s/ Michael P. Akana
                                          *Michael P. Akana*

IT IS SO ORDERED that the CMC is reset from 7/29/11 to 9/30/11 at 9:00 a.m. in Courtroom 5, 17th Floor. Plaintiffs shall serve a copy of this order upon defendants immediately.

_____
Edward M. Chen
U.S. District Judge

[SEAL: IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen]

REQJEST TO CONTINUE CMC.