1  MICHAEL P. AKANA, SB# 80882
   LAW OFFICE OF MICHAEL AKANA
2  225 W. WINTON AVE, SUITE 111
   HAYWARD, CA 94544
3  TELEPHONE: (510)782-1100
   FAX: (510)782-1103
4

**FILED**

2011 SEP 28  P 2: 19

RICHARD W. WIEKING
CLERK. U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

5

6          UNITED STATES BANKRUPTCY COURT

7          NORTHERN  DISTRICT OF CALIFORNIA

8                      SANFRANCISCO

9  In re:                                )  Case No.: C-11-101  EMC
   LAKHNINDER SINGH                      )  **REQUEST TO CONTINUE C.M.C.**
10   Plaintiff(s)                        )  **Date: September 30, 2011**
                                         )  **Time: 9.30 a.m.**
11  vs                                   )
    HOME SAVINGS OF AMERICA, et.al.      )
                                         )  ORDER
12                                       )
                                         )
13                                       )

          COMES NOW, LAKHNINDER SINGH, "plaintiff", and requests the above CMC to be
continued for another 60 days . Counsel for plaintiff has been sick and has been unable to attend
to his cases.
          WHEREFORE, it is requested that the Court grant the relief requested.

Dated: September 28, 2011

                                         /s/ *Michael P. Akana*
                                              Michael P. Akana

          IT IS SO ORDERED that the CMC set for 9/30/11 at 9:00 a.m. is reset for 12/9/11 at
9:00 a.m.  A joint CMC Statement shall be filed by 12/2/11.  Plaintiff shall serve a
copy of this order upon defendants immediately.

_____
Edward M. Chen
U.S. District Judge

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

NOTICE TO CONVERT CASE.