1 | MICHAEL P. AKANA, SB# 80882
2 | LAW OFFICE OF MICHAEL AKANA
  | 225 W. WINTON AVE, SUITE 111
3 | HAYWARD, CA 94544
  | TELEPHONE: (510)782-1100
4 | FAX: (510)782-1103

FILED
2011 SEP 28 P 2: 19
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANFRANCISCO

In re:
LAKHNINDER SINGH
  Plaintiff(s)
vs
HOME SAVINGS OF AMERICA, et.al.

) Case No.: C-11-101 EMC
) REQUEST TO CONTINUE C.M.C.
) Date: September 30, 2011
) Time: 9.30 a.m.
)
) ORDER
)
)

COMES NOW, LAKHNINDER SINGH, "plaintiff", and requests the above CMC to be continued for another 60 days. Counsel for plaintiff has been sick and has been unable to attend to his cases.

WHEREFORE, it is requested that the Court grant the relief requested.

Dated: September 28, 2011

/s/ *Michael P. Akana*
Michael P. Akana

IT IS SO ORDERED that the CMC set for 9/30/11 at 9:00 a.m. is reset for 12/9/11 at 9:00 a.m. A joint CMC Statement shall be filed by 12/2/11. Plaintiff shall serve a copy of this order upon defendants immediately.

_____
Edward M. Chen
U.S. District Judge

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

NOTICE TO CONVERT CASE.